UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:07-CR-9 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| LUCAS LORENZO BROWN ) | |

# **O R D E R**

For the reasons set forth in the accompanying memorandum, it is **ORDERED** the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 19) pursuant to 28 U.S.C. § 636(b)(1)(C) and Defendant Lucas Lorenzo Brown's motion to suppress (Court File No. 13) is hereby **DENIED.**

    **SO ORDERED.**

    **ENTER:**

    **/s/**
    **CURTIS L. COLLIER**
    **CHIEF UNITED STATES DISTRICT JUDGE**